UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NOBLE ROMAN'S, INC.,

               Plaintiff,

vs.

DELTA PROPERTY MANAGEMENT LLC,
ZACK BROTHERS TRUCK STOP, LLC and
STANDARD PETROLEUM CORP. d/b/a
DRIVER'S TRUCK STOP,

               Defendants.

Case No. 1:08-cv-1455-SEB-DML

## ORDER

This matter having come before the Court on the Plaintiff's Motion to Extend Temporary Restraining Order, and the Court being duly advised in the premises, now finds that the Temporary Restraining Order issued by this Court on November 12, 2008 be extended; and it is accordingly

ORDERED, ADJUDGED, AND DECREED that the Temporary Restraining Order entered on November 12, 2008 is hereby extended and shall remain in full force and effect until December 2, 2008, unless the Temporary Restraining Order is renewed by further order of the Court or the Court grants a motion to dissolve the Temporary Restraining Order.

Date: 11/21/2008

                                                  SARAH EVANS BARKER, JUDGE
                                                  United States District Court
                                                  Southern District of Indiana

2

**IMMEDIATE DISTRIBUTION TO:**

Charles R. Hedman
chedman@boselaw.com
Fax # (317) 223-0480

Zack Brothers Truck Stop, LLC
c/o Principal Office
2723 West Devon Avenue
Chicago, IL  60659

Riaz Hameed
Zack Brothers Truck Stop, LLC
615 Flint Ridge Road
Horse Cave, KY 42749

Riaz Hameed
Standard Petroleum Corp.
615 Flint Ridge Road
Horse Cave, KY 42749